UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **RICHARD TRUSZ,** | : | **CIVIL ACTION NO.** |
| **Plaintiff** | : | |
| | : | **3:09-CV-268 (JBA)** |
| **v.** | : | |
| | : | |
| **UBS REALTY INVESTORS LLC,** | : | |
| **and UBS AG,** | : | |
| **Defendants** | : | **JUNE 4, 2010** |

### PLAINTIFF'S MOTION TO SEAL DISKS

Pursuant to Local Rules 5(e)(3) and 5(e)(4)(b), the Plaintiff, Richard Trusz, hereby moves to seal the enclosed disks, which are numbered 7, 8 and 21 through 32.  The disks are being filed in support of Plaintiff's Second Motion to Compel and Motion for Sanctions, filed on June 3, 2010.

Defendants have designated every one of the documents on these disks as confidential pursuant to the Protective Order (Doc. 44) on file in this case.  Plaintiff is filing them under seal pursuant to the procedures in the Protective Order.

       PLAINTIFF,  RICHARD TRUSZ


      By:_____/s/Todd D. Steigman_____
       Todd D. Steigman, Esq. (ct26875)
       Madsen, Prestley & Parenteau, LLC
       44 Capitol Avenue, Suite 201
       Hartford, CT 06106
       Tel.  (860) 246-2466   Fax. (860) 246-1794
       tsteigman@mppjustice.com

## **CERTIFICATION**

      I hereby certify that on the 4th day of June, 2010, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

      /s/Todd D. Steigman
      Todd D. Steigman