UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **RICHARD TRUSZ,** | : | **CIVIL ACTION NO.** |
| **Plaintiff** | : | |
| | : | **3:09-CV-268 (JBA)** |
| **v.** | : | |
| | : | |
| **UBS REALTY INVESTORS LLC,** | : | |
| **and UBS AG,** | : | |
| **Defendants** | : | **JULY 22, 2010** |

### PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL

Pursuant to Local Rules 5(e)(3) and 5(e)(4)(b), the Plaintiff, Richard Trusz, hereby moves to seal the attached documents: portion of the Reply Brief in Support of Second Motion to Compel (at pages 5, 6 and 9) and Exhibits 2 and 5.  These documents are being filed in support of Plaintiff's Reply Brief to Defendant's Opposition to Second Motion to Compel and Motion for Sanctions, filed on July 22, 2010.

Plaintiff is filing them under seal because Defendants designated Exhibits 2 and 5 as Confidential pursuant to the Protective Order and portions of Plaintiff's Reply Brief contain information set forth in those documents.

                                                PLAINTIFF,  RICHARD TRUSZ

                                        By:     /s/Todd D. Steigman
                                              Todd D. Steigman, Esq. (ct26875)
                                              Madsen, Prestley & Parenteau, LLC
                                              44 Capitol Avenue, Suite 201
                                              Hartford, CT 06106
                                              Tel.  (860) 246-2466   Fax. (860) 246-1794
                                              tsteigman@mppjustice.com

## **CERTIFICATION**

      I hereby certify that on the 22nd day of July, 2010, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing].  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing].  Parties may access this filing through the Court's system.

                                                       /s/Todd D. Steigman
                                                       Todd D. Steigman