**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **RICHARD TRUSZ,** | : | |
| | : | |
| **Plaintiff,** | : | **CIVIL ACTION NO.** |
| | : | |
| **v.** | : | **3:09 CV 268 (DJS)** |
| | : | |
| **UBS REALTY INVESTORS LLC and** | : | |
| **UBS AG,** | : | **September 26, 2011** |
| | : | |
| **Defendants.** | : | |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants, UBS Realty Investors LLC ("UBS Realty") and UBS AG ("UBS AG") (collectively, "Defendants"), by and through their undersigned counsel, respectfully move this Court to enter judgment in their favor and against Plaintiff, Richard Trusz ("Plaintiff").

Plaintiff served as the head of UBS Realty's valuation review unit; he was never employed by UBS AG.  Plaintiff's employment with UBS Realty was terminated when UBS Realty eliminated his position – and the positions of others in his unit – after deciding to outsource a portion of its valuation review function.  Plaintiff now alleges that Defendants retaliated against him in violation of (1) the Sarbanes-Oxley Act of 2002, 18 U.S.C. § 1514A(a); (2) Conn. Gen. Stat. § 31-51m; (3) Conn. Gen. Stat. § 33-1336; (4) Conn. Gen. Stat. § 31-51q; and (5) the Americans with Disabilities Act, 42 U.S.C. § 12203.  The undisputed facts, however, establish that Defendants are entitled to judgment as a matter of law.  In support of their Motion, Defendants submit their accompanying Memorandum of Law in Support of Their Motion for Summary Judgment, as well as their Local Rule 56(a)(1) Statement of Undisputed Material Facts, including exhibits attached thereto.

WHEREFORE, Defendants respectfully request this Court enter judgment in their favor and against all claims in Plaintiff's Third Amended Complaint.

Dated:  September 26, 2011

Respectfully submitted,

**UBS REALTY INVESTORS LLC and UBS AG**

By:  /s/ David B. Ritter_____
David B. Ritter (phv03271)
Chad W. Moeller (phv04545)
Nineveh Alkhas (phv03272)
NEAL, GERBER & EISENBERG LLP
2 North LaSalle St., Ste. 1700
Chicago, IL  60602
Telephone:  (312) 269-8000
Facsimile:  (312) 750-6455
*dritter@ngelaw.com*
*cmoeller@ngelaw.com*
*nalkhas@ngelaw.com*

-and-

Victoria Woodin Chavey
Alison Jacobs Wice
JACKSON LEWIS LLP
90 State House Square, 9th Floor
Hartford, CT 06103
Telephone:  (860) 331-1534
Facsimile:  (860) 247-1330
*vwchavey@jacksonlewis.com*
*awice@jacksonlewis.com*

*Attorneys for Defendants*

## <u>CERTIFICATION OF SERVICE</u>

I HEREBY CERTIFY that on September 26, 2011, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ David B. Ritter
David B. Ritter

NGEDOCS: 1841442.1